**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

ANDREW HARTLEY,

Plaintiff,

-against-

THERMO FISHER SCIENTIFIC INC.,

Defendant.

x

**NOTICE OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

26 Civ. 1612 (JLS)

**PLEASE TAKE NOTICE** that, upon the accompanying Defendant's Memorandum of Law in Support of Its Motion to Dismiss the Complaint, dated October 13, 2026, Defendant Thermo Fisher Scientific Inc. ("Defendant") will move this Court, before the Honorable John L. Sinatra, Jr., at the United States District Court for the Western District of New York, Robert H. Jackson United States Courthouse, 2 Niagara Sq., Buffalo, NY 14202, for an Order dismissing the Complaint in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), together with such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule of Civil Procedure 7(a)(1), Defendant states that it intends to file reply papers in connection with the instant motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's individual practices, this Notice of Motion does not contain a return date or briefing schedule.

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue, 28th Floor
New York, NY 10017
(212) 545-4000

Dated: October 13, 2026
New York, NY

By: /s/ Leo T. Ernst
Leo T. Ernst, Esq.
Dana G. Weisbrod, Esq.

*Attorneys for Defendant*